IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02771-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOES 1-14,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on March 22, 2016 (ECF No. 22), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 28, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge